COMER *et al.* v. COMER.

FISH, C. J. In a habeas-corpus proceeding instituted by a wife against her husband and his mother, for the custody of a female infant three years of age, the child of the husband and wife, the judge did not err, under the pleadings and evidence, in awarding the custody of the child to her mother.

*Judgment affirmed. All the Justices concur, except George, J. absent.*

No. 2132.  MARCH 16, 1921.

Habeas corpus. Before Judge Meldrim. Chatham superior court. May 10, 1920.

*Robert L. Colding,* for plaintiffs in error.

*Anderson, Cann, Cann & Walsh,* contra.

---

WATTS *v.* WATTS.

ATKINSON, J. In an action for divorce instituted by a wife, there was an issue as to the custody of a female child 8 years of age. On conflicting evidence the judge did not err in awarding the custody of the child to her mother.

*Judgment affirmed. All the Justices concur, except George, J., absent.*

No. 2140.  MARCH 16, 1921.

Divorce; custody of child. Before Judge Mathews. Bibb superior court. June 5, 1920.

*John R. Cooper* and *W. O. Cooper Jr.,* for plaintiff in error.

*Oliver C. Hancock,* contra.